No. 6576.

THE MAYOR ET AL. OF THE TOWN OF PLAQUEMINE VS. GUSTAVE ROTH.

A municipal corporation can impose no tax on any occupation, unless authorized to do so by its charter.

APPEAL from the Justice-of-the-Peace Court, parish of Iberville. *Marcot, J.*

*Samuel Matthews,* for plaintiffs and appellants.

*Barrow & Pope,* for defendant.

The opinion of the court was delivered by

EGAN, J. The only question presented for our determination in this case is the power of the plaintiffs to impose and collect a license tax from a person keeping a warehouse and running a dray in the town of Plaquemine.

The charters or acts of incorporation of municipal corporations within the State are the measure as well as the source of their powers.

No general power to tax occupations, trades, and professions is conferred by that of the town of Plaquemine, and neither keeping a warehouse nor running a dray is among the objects of taxation enumerated in the charter; on the contrary, the enumeration of other occupations as objects of taxation would seem to exclude the two the taxing of which is the matter of controversy here.   1 N. S. 126; 3 An. 314.

It is therefore ordered, adjudged, and decreed that the judgment appealed from be affirmed, with costs of both courts.